

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| PAUL EDWARD JOHNSON, | § | No. 08-17-00156-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D05061) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **July 30, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Leonard Morales, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 30, 2018.

IT IS SO ORDERED this 29th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.